EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Ángel L. Montañez Morales (TS-8,699) | 2023 TSPR 131 213 DPR ___ |

Número del Caso:  AB-2020-0146


Fecha:  18 de octubre de 2023


Abogado del promovido:

    Lcdo. Ramiro Rodríguez Ramos


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ángel L. Montañez Morales        AB-2020-0146
    (TS- 8,699)

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de octubre de 2023.

Examinada la *Urgente moción de reconsideración,* presentada por el Sr. Ángel L. Montañez Morales, se ordena la reinstalación de éste al ejercicio de la abogacía.

Se le apercibe al licenciado Montañez Morales que deberá mantener informado a este Tribunal y a la Oficina de Inspección de Notarías (ODIN) de las diligencias relacionadas con la presentación e inscripción de la Escritura Núm. 86 sobre Compraventa autorizada el 15 de noviembre de 2018.

En vista de lo anterior, se ordena dejar sin efecto el archivo administrativo decretado en la queja AB-2022-0274 y se mantiene la paralización hasta que culminen los procedimientos ante el Tribunal de Primera Instancia. Las partes deberán mantener informado a este Tribunal y a la ODIN sobre el estatus del caso.

**Notifíquese.**

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo